**LEWIS S. FISCHBEIN, P.C.**
ATTORNEY AT LAW
60 BROAD STREET, SUITE 3400
NEW YORK, NEW YORK 10004

TELEPHONE (212) 752-3374
TELECOPIER (914) 235-2937
E-MAIL: LFISCHBEIN@WSMBLAW.COM

November 20, 2015

Hon. John G. Koeltl          (by ECF)
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

            Re: *United Realty v. Verschleiser*; *Frydman v. Verschleiser,* **14 Civ. 5903**

Dear Judge Koeltl:

My firm represents United Realty Advisors, L.P. and Prime United Holdings, LLC, two of the plaintiffs in the above consolidated actions. Jacob Frydman, plaintiff pro se in the second action, joins in this letter.

I am writing to request that the Court permit subpoenas of London Trust Media, Inc. ("LTM") and its subsidiary, Private Internet Access, Inc. ("PIA"), in follow-up of the subpoenas to certain third party email marketing service or email account providers that Your Honor's July 22 indorsed order permitted (Doc. 78; see Doc. 68).[1]

We have furnished the documents/information produced in response to those subpoenas to defendants. In particular, certain IP addresses that Google and MailChimp provided trace back to LTM, whose website describes it as "the makers of Private Internet Access, one of the world's leading virtual private networks," and/or PIA. That information prompts subpoenas to LTM and PIA, based in California and Michigan, respectively. Accordingly, we request that the Court

---

[1] The Court may recall that plaintiffs sought to identify the author(s) of several recent anonymous defamatory mass emails. The emails went to persons on the confidential and proprietary lists of REIT investors and broker dealers whose further use or dissemination was prohibited by the January 5, 2015 TRO (Doc. 37), which was converted into a preliminary injunction. If defendant Eli Verschleiser or another person acting in concert with him were the author(s), as we believe, then we would move against such person(s) for contempt of the TRO.

1

permit them.

Respectfully submitted,

Lewis S. Fischbein

cc: All counsel (by ECF)
    Jacob Frydman (by email)