

**Arthur G. Jakoby**
**Partner**
Phone: 212.592.1438
Fax: 212.545.3340
ajakoby@herrick.com

October 19, 2016

**VIA ECF**
The Honorable James L. Cott
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:   *United Realty Advisors, et al. vs. Eli Verschleiser, et al., 14 Civ. 5903 (JGK)*

Dear Judge Cott:

I am writing to update my letter of October 17th and advise that some progress has been made to secure the Intermedia files. Late last week, one of our lawyers who is working with Intermedia's outside counsel, Wilson Sonsini, to secure Plaintiff United Realty's Intermedia logs (United Realty just like Multi Capital Group uses Intermedia to host its server), asked Intermedia's counsel whether they were aware of the directive that came out of the October 6th Court Conference related to Multi Capital Group's Intermedia files. Wilson Sonsini advised that they were not aware of the Court's directive and asked for a copy of the court transcript of the October 6th Court Conference which we then emailed to them. Then yesterday we provided them with a copy of item 9 from our Rule 34 Document Demand.[1]

Wilson Sonsini has now advised that they are working on the request and will provide the results to Multi Capital Group (which will then hopefully produce everything to us). However, given Intermedia's late start in pulling documents, they will not be able to comply with tomorrow's October 20, 2016 deadline set forth at the October 6, 2016 court conference (transcript page 54 line 23). Wilson Sonsini has advised that they hope to provide Multi Capital Group with the documents on or before October 27, 2016 (one week later than the Court's directive). Attached as **Exhibit A** is a copy of e-mail correspondence from Wilson Sonsini, counsel for Intermedia, to counsel and *pro se* parties in this matter.

Respectfully submitted,

/s/

Arthur G. Jakoby

Enclosure

cc:   All Parties via ECF

---

[1] We have repeatedly asked Defendant Verschleiser and Multi Capital Group's counsel via email whether they sent anything in writing to Intermedia (as the Court directed them to do) and they have not replied to our email requests or provided us with anything. We therefore do not know if anything was sent in writing as directed by the Court. Mr. Verschleiser advised the Court that he would copy us on his written request and the Court suggested that he copy us on the request (transcript page 54 lines 17 - 23) but we have not received anything. When Wilson Sonsini advised us that, to their knowledge, their client had not received a written request from either their customer, Multi Capital Group, or Mr. Verschleiser, after discussion with them, we sent them a copy of our Rule 34 Document Demand so that they could see the request in Item 9 and know what documents we were seeking from Multi Capital Group by way of our Rule 34 Document Demand.