UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED REALTY ADVISORS, LP and JACOB FRYDMAN,<br><br>                              Plaintiffs,<br><br>vs.<br><br>ELI VERSCHLEISER, RAUL DELFORNO, OPHIR PINHASI, and ALEX ONICA,<br><br>                              Defendants. | Index No.: 14-cv-5903 (JGK) |
| JACOB FRYDMAN, UNITED REALTY ADVISORS, LP, and PRIME UNITED HOLDINGS, LLC,<br><br>                              Plaintiffs,<br><br>vs.<br><br>ELI VERSCHLEISER, ALBERT AKERMAN, DAVID O. WRIGHT, MULTI CAPITAL GROUP OF COMPANIES, LLC, RAUL DELFORNO, OPHIR PINHASI, ALEX ONICA, ALEX VEEN, SOFIA SVISCH, ALEXANDER MERCHANSKY, and DOES 1 through 15 inclusive,<br><br>                              Defendants. | Index No.: 14-cv-8084 (JGK) |

## NOTICE OF MOTION IN LIMINE

**PLEASE TAKE NOTICE**, that upon the Declaration of Asher Gulko dated May 01, 2018 and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Defendants Eli Verschleiser, Multi Capital Group of Companies, LLC, Raul Del Forno, Ophir Pinhasi and Alex Onica do hereby move this Court, before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, as soon as counsel may be heard, for an Order granting Defendants' *Motion in*

*Limine* pursuant to: Fed. Rule Civ. Proc. R. 26; Fed. Rule Civ. Proc. R. 37; Fed. Rule Evid. R. 402; and Fed. Rule Evid. R. 403.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Order, opposition papers shall be filed no later than May 15, 2018.

Dated: May 01, 2018
New York, New York

Respectfully Submitted,

| | |
|---|---|
| **ASHER C. GULKO, ESQ.** | **JB SUMMERS PLLC** |
| *(signature)* | /s/Joshua Summers |
| Asher C. Gulko | Joshua Summers, Esq. |
| 44 Wall Street, Second Floor | 499 Chestnut Street, Suite 219 |
| New York, New York 10005 | Cedarhurst, New York 11516 |
| T: (212) 500-1312 / F: (212) 678-0405 | T: (516) 833-1463 |
| *Attorney for Defendants Raul Del Forno, Ophir Pinhasi, and Alex Onica* | *Attorneys for Defendant Eli Verschleiser and the Multi Capital Group of Companies* |