THE LAW OFFICES OF

# NEAL BRICKMAN, P.C.

420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

NEAL BRICKMAN
JUDITH L. GOLDSBOROUGH
ETHAN Y. LEONARD
MILENA PISANO-MCNALLY
VIRGINIA A. REILLY

TELEPHONE:
(212) 986-6840

TELECOPIER:
(212) 986-7691

**VIA ECF**

Honorable John G. Koeltl
United States District Court Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___8/3/18___

August 3, 2018

Re:   **United Realty Advisors, LP and Jacob Frydman**
      **v. Eli Verschleiser, et. al; Case No. 14-cv-5903(JGK)**
      **and Case No. 14-cv-8084(JGK)**

Dear Judge Koeltl:

        I represent the Plaintiffs in the above-referenced consolidated action.  Pursuant to your Honor's instructions, this letter is to advise the Court that the Plaintiffs and/or their counsel, me and Mr. Fischbein, are NOT available, because of religious holidays, unavoidable conflicts, and pre-planned commitments, to try this case on the following days subsequent to the August 31, 2018 trial ready date:

1. September 3-11, 2018;
2. September 14, 2018;
3. September 18-19, 2018;
4. September 21-October 1, 2018;
5. November 20-23, 2018; and
6. December 21-28, 2018.

        Thank you for your consideration.

Respectfully,

Neal Brickman, Esq.
(NB 0874)

cc:   Asher Gulko, Esq.

*THE PARTIES SHALL BE READY FOR TRIAL, ON 48-HOURS NOTICE, AS OF OCTOBER 2, 2018.*

*SO ORDERED*
*8/2/18*