UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,

vs.

ELI VERSCHLEISER, et al.,

    Defendants.
_____/

Civil Action No. 14-cv-5903
Civil Action No. 14-cv-8084

HON. BERNARD A. FRIEDMAN

## **ORDER TO UPDATE THE PARTIES' CONTACT INFORMATION**

The Court has reviewed the docket sheets in these matters and notes that they lack complete contact information for pro se defendants Eli Verschleiser, Raul Del Forno, Ophir Pinhasi, and Alexandru Onica. To rectify this oversight, IT IS HEREBY ORDERED that the Clerk of Court update the docket sheets in the above-referenced matters to reflect the following contact information as it pertains to each defendant:

**Eli Verschleiser**

| Address #1: | Address #2: |
|---|---|
| 1820 Avenue M. #718 | 40 Wall Street, 60th Floor |
| Brooklyn, NY 11230 | New York, NY 10005 |
| Tel.: (212) 742-0707 | Tel.: (212) 742-0707 |
| Email: eli.v@multigroups.com | Email: eli.v@multigroups.com |

**Raul Del Forno**
90 Edgewater Street Apt. 703
Coral Gables, FL 33133
Email: rauldelforno@gmail.com

**Ophir Pinhasi**
135-34 78th Drive
Flushing, NY 11367
Email: ophir@pinhasi.org

**Alexandru Onica**
57 Rockwell Place
Brooklyn, NY 11217
Tel.: (917) 767-4044
Email: aonica@daxconcept.com

The Court also notes that the docket sheet for civil action number 14-cv-8084 indicates that plaintiff Jacob Frydman is pro se; however, plaintiff Frydman is currently represented by attorney Neal Brickman. Therefore, IT IS FURTHER ORDERED that the Clerk of Court delete plaintiff Frydman's pro se contact information from the docket sheet for civil action number 14-cv-8084.

IT IS FURTHER ORDERED that pro se defendants Raul Del Forno and Ophir Pinhasi provide their telephone numbers to the Court. *See* Fed. R. Civ. P. 11(a). They may do so by mailing a letter with this information, addressed to the Clerk of Court at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that all of the pro se defendants and attorneys of record promptly notify the Court if (1) any of the contact information contained on page 1 of this order is incorrect, and (2) any of their addresses or telephone numbers change.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION

Dated: December 6, 2019December 6, 2019
Detroit, Michigan