UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,

vs.

ELI VERSCHLEISER, et al.,

    Defendants.
_____/

Civil Action No. 14-cv-5903
Civil Action No. 14-cv-8084

HON. BERNARD A. FRIEDMAN

## **AMENDED TRIAL NOTICE**

To All Counsel and All Pro Se Defendants:

    Be advised that the trial in this matter will commence with jury selection on **Monday, June 15, 2020, at 9:00 a.m.**, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties are to inquire with the Clerk's Office to learn the courtroom number.

    The trial schedule will be Monday through Friday from 9:00 a.m. to 5:00 p.m. with fifteen-minute breaks in the morning and afternoon and a one-hour lunch break. Each side is limited to a total of forty-five hours to argue and to examine and cross-examine witnesses.

    The parties' proposed joint final pretrial order, as well as any proposed voir dire questions, are due by June 1, 2020. A joint (stipulated) set of jury instructions is due by the first day of trial. If any specific instructions are disputed, each side is to present its requested version along with supporting authority.

    The Court intends to seat eight jurors using the striking method. Under the striking method, the Court will place fourteen prospective jurors in the jury box and replace any who are excused for cause. Following voir dire, the Court will provide each side with a form on which

simultaneously to write the names of the prospective jurors each side wishes to excuse peremptorily, and those prospective jurors will be excused. Plaintiffs collectively may exercise three peremptory challenges. Defendants collectively may exercise three peremptory challenges. If fewer than six prospective jurors are excused (due to overlap or to not all challenges being exercised), then the jury will consist of the first eight prospective jurors who have not been excused.

All trial exhibits must be marked (e.g., P-1, P-2, etc.; D-1, D-2, etc.) in advance of trial and each side must exchange its exhibit books, as well as any demonstrative exhibits, with each other no later than one week before trial. Additionally, each side must provide the Court with two copies of its exhibit book (one for the Court, one for the Court's clerks).

SO ORDERED.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION

Dated: January 9, 2019
      Detroit, Michigan