UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


UNITED REALTY ADVISORS, LP, et al.,

       Plaintiffs,                          Civil Action No. 14-cv-5903
                                             Civil Action No. 14-cv-8084
vs.

                                             HON. BERNARD A. FRIEDMAN

ELI VERSCHLEISER, et al.,

       Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO ADJOURN THE TRIAL

        Plaintiffs have filed a letter motion in this matter [docket entry 504 in 14-cv-5903, docket entry 406 in 14-cv-8084] requesting that the trial be adjourned because their attorney will undergo surgery in February 2020.  For cause shown, and in the absence of any objection from defendants, the motion is granted.  Trial will commence on **Monday, June 15, 2020, at 9:00 a.m.**

        SO ORDERED.

                                       s/Bernard A. Friedman
                                       BERNARD A. FRIEDMAN
                                       SENIOR UNITED STATES DISTRICT JUDGE
                                       SITTING BY SPECIAL DESIGNATION

Dated: January 9, 2019
       Detroit, Michigan