UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,

vs.

ELI VERSCHLEISER, et al.,

    Defendants.
_____/

Civil Action No. 14-cv-5903
Civil Action No. 14-cv-8084

HON. BERNARD A. FRIEDMAN

## **ORDER DENYING DEFENDANT'S MOTION TO ADJOURN TRIAL**

       This matter is presently before the Court on defendant Verschleiser's motion (presented in an email to one of the Court's law clerks on January 17, 2020) to adjourn the trial on the grounds that the June 15 trial date conflicts with an extended overseas vacation he had planned to take with his family beginning June 23.

       On January 3, 2020, the Court sent an email to all of the parties, inquiring whether any of them objected to the trial being adjourned from March 2 to a date after May 1, 2020, to accommodate plaintiff's counsel who cannot attend trial before May 1 because he will be recuperating from bilateral knee surgery during the months of March and April. None of the parties objected. Accordingly, on January 9, the Court issued an amended trial notice resetting the trial for June 15. The trial is expected to last approximately two weeks. Given the Court's own busy schedule, and the limited availability of courtrooms for visiting judges at the federal courthouse in Manhattan, June 15-26 is the only two-week period in the reasonably foreseeable future when this case, which is now nearly six years old, can be tried. Under these circumstances, defendant Verschleiser's motion to adjourn the trial must be

denied.

        SO ORDERED.

                                             s/Bernard A. Friedman
                                             BERNARD A. FRIEDMAN
                                             SENIOR UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020
       Detroit, Michigan