UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,

vs.

ELI VERSCHLEISER, et al.,

    Defendants.
_____/

Civil Action No. 14-cv-5903
Civil Action No. 14-cv-8084

HON. BERNARD A. FRIEDMAN

## **ORDER RESCHEDULING TRIAL**

Due to the coronavirus outbreak, the June 15, 2020, trial in these consolidated matters is here by rescheduled for Monday, October 19, 2020, at 9:00 a.m.

SO ORDERED.

Dated: April 2, 2020
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 2, 2020.

| | |
|---|---|
| Eli Verschleiser Address #1:<br>1820 Avenue M. #718<br>Brooklyn, NY 11230 | s/Johnetta M. Curry-Williams<br>Case Manager |

Eli Verschleiser Address #2:
40 Wall Street, 60th Floor
New York, NY 10005

Raul Del Forno
90 Edgewater Street Apt. 703
Coral Gables, FL 33133

Ophir Pinhasi
135-34 78th Drive
Flushing, NY 11367

Alexandru Onica
57 Rockwell Place
Brooklyn, NY 11217