UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

      Plaintiffs,                        Civil Action No. 14-cv-5903
                                            Civil Action No. 14-cv-8084

vs.

                                            HON. BERNARD A. FRIEDMAN

ELI VERSCHLEISER, et al.,

      Defendants.
_____/

## <u>ORDER RESCHEDULING TRIAL</u>

          Due to the coronavirus outbreak, the June 15, 2020, trial in these consolidated matters

is here by rescheduled for Monday, October 19, 2020, at 9:00 a.m.

          SO ORDERED.


                                         <u>s/Bernard A. Friedman</u>
                                         Bernard A. Friedman
Dated: April 2, 2020                    Senior United States District Judge
       Detroit, Michigan

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 2, 2020.

Eli Verschleiser Address #1:
1820 Avenue M. #718
Brooklyn, NY 11230

Eli Verschleiser Address #2:
40 Wall Street, 60th Floor
New York, NY 10005

Raul Del Forno
90 Edgewater Street Apt. 703
Coral Gables, FL 33133

Ophir Pinhasi
135-34 78th Drive
Flushing, NY 11367

Alexandru Onica
57 Rockwell Place
Brooklyn, NY 11217

s/Johnetta M. Curry-Williams
Case Manager