```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED REALTY ADVISORS, *et al.*,             :
                                              :
                        Plaintiffs,        :        **ORDER**
                                              :
              -v-                       :        14-CV-5903 (BAF) (JLC)
                                              :
ELI VERSCHLEISER, *et al.*,                   :
                                              :
                        Defendants.        :
-----------------------------------------------------------------------X
JACOB FRYDMAN,                                :
                                              :
                        Plaintiff,         :
                                              :
              -v-                       :        14-CV-8084 (BAF) (JLC)
                                              :
ELI VERSCHLEISER, *et al.*,                   :
                                              :
                        Defendants.        :
-----------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Orders of Reference dated June 3, 2020 (Dkt. Nos. 414, 512), Judge Friedman referred the above-captioned cases to me for settlement.  The parties are directed to advise the Court within 30 days of the date of this Order when they wish to schedule a settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.  Given the state's extension of the current stay-at-home policy in light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically.  Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before breaking into

private session and speaking to the parties individually, as the technology the Court is using can facilitate breakout sessions with each side.

     The Court will email a copy of this Order to all *pro se* defendants in the above-referenced cases.

     **SO ORDERED.**

Dated: June 3, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge