UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,                                                                       Civil Action No. 14-cv-5903
                                                                                             Civil Action No. 14-cv-8084
vs.
                                                                                             HON. BERNARD A. FRIEDMAN
ELI VERSCHLEISER, et al.,

    Defendants.
_____/

## ORDER ADJOURNING TRIAL

Due to the coronavirus outbreak, and the unavailability of courtroom space for the foreseeable future, the October 19, 2020, trial date in this matter is adjourned. The trial will be rescheduled when a courtroom becomes available and the trial can be conducted in a matter that safeguards the safety of the parties, counsel, witnesses, jurors, and Court staff.

SO ORDERED.

                                                                     s/Bernard A. Friedman
                                                                     BERNARD A. FRIEDMAN
                                                                       SENIOR UNITED STATES DISTRICT JUDGE
                                                                       SITTING BY SPECIAL DESIGNATION

Dated  August 12, 2020
         Detroit, Michigan