UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

    Plaintiffs,                               Civil Action No. 14-CV-5903
                                             Civil Action No. 14-CV-8084

vs.

                                             HON. BERNARD A. FRIEDMAN

ELI VERSCHLEISER, et al.,

    Defendants.
_____/

**AMENDED TRIAL NOTICE**

To All Counsel and All Pro Se Defendants:

Be advised that the trial in this matter will commence with jury selection on **Monday, June 13, 2022, at 9:00 a.m.**, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties are to inquire with the Clerk's Office to learn the courtroom number.

The trial schedule will be Monday through Friday[1] from 9:00 a.m. to 5:00 p.m. with fifteen-minute breaks in the morning and afternoon and a one-hour lunch break. Each side is limited to a total of forty-five hours to argue and to examine and cross-examine witnesses.

The parties' proposed joint final pretrial order, as well as any proposed voir dire questions, are due by **June 1, 2022**. A joint (stipulated) set of jury instructions is due by the first day of trial. If any specific instructions are disputed, each side is to present its requested version along with supporting authority.

The parties are required to inform the Court of any settlement or anticipated trial delay by **June 6, 2022**. The expense to the United States of bringing jurors to the courthouse for

---

[1] The Court will not hold trial on Monday, June 20, 2022, as it is a federally observed holiday.

a trial may be assessed to one or more of the parties or counsel if the jury trial is not begun as scheduled or the jurors are not used for that trial for any reason attributable to the parties or counsel.

The Court intends to seat eight jurors using the striking method. Under the striking method, the Court will place fourteen prospective jurors in the jury box and replace any who are excused for cause. Following voir dire, the Court will provide each side with a form on which they will simultaneously write the names of the prospective jurors who each side wishes to excuse peremptorily. Those prospective jurors will be excused. Plaintiffs collectively may exercise three peremptory challenges. Defendants collectively may exercise three peremptory challenges. If fewer than six prospective jurors are excused (due to overlap or to a shortfall in the peremptory challenges exercised), then the jury will consist of the first eight prospective jurors who have not been excused.

All trial exhibits must be marked (e.g., P-1, P-2, etc.; D-1, D-2, etc.) in advance of trial and each side must exchange its exhibit books, as well as any demonstrative exhibits, with each other no later than one week before trial. Additionally, each side must provide the Court with two copies of its exhibit book (one for the Court and one for the Court's clerks).

SO ORDERED.

Dated: April 29, 2022
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge