UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED REALTY ADVISORS, LP, et al.,

   Plaintiffs,         Civil Action No. 14-CV-5903
                  Civil Action No. 14-CV-8084
vs.

                  HON. BERNARD A. FRIEDMAN
ELI VERSCHLEISER, et al.,

   Defendants.

_____/

**<u>ORDER ADJOURNING TRIAL</u>**

     Due to a family health emergency, the June 13, 2022, trial date in this matter is

adjourned.  The Court will provide timely notice to the parties when a new trial date is assigned.

     SO ORDERED.


           s/Bernard A. Friedman_____
           BERNARD A. FRIEDMAN
           SENIOR UNITED STATES DISTRICT JUDGE
           SITTING BY SPECIAL DESIGNATION

Dated:  June 13, 2022
    Detroit, Michigan