# ZISHOLTZ & ZISHOLTZ, LLP

*Attorneys at Law*

200 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK 11530
(516) 741-2200
FAX (516) 746-1024
WWW.ZISHOLTZLAW.COM

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

PLEASE ADDRESS ALL CORRESPONDENCE
TO GARDEN CITY, NEW YORK

July 12, 2022

*[handwritten: ADJOURNED TO FRIDAY, AUGUST 5, 2022, AT 2:30 PM. DIAL-IN: (888) 363-4749 ACCESS CODE: 8140049 SO ORDERED. 7/13/22 USDJ]*

<u>*Via ECF*</u>

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United Realty Advisors, LP et al v. Verschleiser, et al**
**Docket No. 1:14-cv-05903 (BAF)**

Dear Judge Koeltl:

This firm represents the Defendants in connection with the above referenced matter.

Pursuant to a minute entry dated July 8, 2022, this Court scheduled a status conference for July 21, 2022 at 4:00 pm. Unfortunately, due to a previously scheduled vacation out of the country, I will be unable to participate in the conference.

It is respectfully requested that the status conference be adjourned to a date in August, 2022.

Thank you for your courtesy and cooperation in this matter.

Respectfully submitted,

ZISHOLTZ & ZISHOLTZ, LLP

By: _____
Stuart S. Zisholtz

SSZ:md

cc: Counsels for Parties appeared (*via ECF*)