```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,

14-cv-5903 (JGK)

- against -

ORDER

ELI VERSCHLEISER, ET AL.,

        Defendants.

------------------------------------------------------------

JACOB FRYDMAN, ET AL.,

14-cv-8084 (JGK)

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The firm trial date in these cases is October 24, 2022, at 9:00 a.m., in Courtroom 14A at 500 Pearl St., New York, NY 10007. Each side will have twenty hours of time for testimony. When the plaintiffs or the defendants are questioning a witness, the time is counted against those parties. The total time allotted for testimony in this consolidated trial is forty hours.

    The parties should consider submitting a revised joint pretrial order by August 12, 2022, that addresses the issues that the Court raised at the conference held today. If the parties do not submit a revised joint pretrial order, then the defendants' objections to the current pretrial order are due by August 12, 2022.

The parties should submit requests to charge and proposed voir dire questions by September 16, 2022. Responses and objections are due by September 23, 2022. For any depositions that the parties will seek to introduce as evidence at trial, the offering side should provide the deposition designations to the other side by August 12, 2022. Counter-designations should be provided by August 26, 2022. Objections are due by September 9, 2022. Responses to any objections are due by September 16, 2022. The parties should provide the Court with color-coded transcripts by September 23, 2022. Each transcript should be marked to show which parties are offering which parts of the deposition and should include a cover page indicating objections and responses.

Each party must provide the other side with a good faith list of witnesses that each party intends to call at trial five days before each witness will be called. In that disclosure, the parties must also include a list of exhibits that the party calling the witness intends to offer through that witness. The next day (four days before the witness testifies), the opposing side may submit any objections. The next day (three days before the witness testifies), the side calling the witness may submit any responses. That list of witnesses, exhibits, objections, and responses should then be submitted to the Court at least two days before the witness testifies.

The defendants should respond to the plaintiffs' pending motion to present remote witness testimony, ECF No. 444 in the

2

14-cv-8084 action, by August 12, 2022. The plaintiffs may reply by August 16, 2022. The plaintiff should provide courtesy copies of the motion to the Court after it is fully briefed. See Individual Practices.

The final pretrial conference will be held on October 5, 2022, at 11:00 a.m.

The Clerk is directed to close Docket No. 446 in the 14-cv-8084 action.

**SO ORDERED.**

Dated:    New York, New York
          August 5, 2022

                                        _____
                                        John G. Koeltl
                                        United States District Judge