# ZISHOLTZ & ZISHOLTZ, LLP

*Attorneys at Law*

200 GARDEN CITY PLAZA
GARDEN CITY, NEW YORK 11530
(516) 741-2200
FAX (516) 746-1024
WWW.ZISHOLTZLAW.COM

August 29, 2022

ONE PENN PLAZA
NEW YORK, NEW YORK 10119

PLEASE ADDRESS ALL CORRESPONDENCE
TO GARDEN CITY, NEW YORK

*Via ECF*
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United Realty Advisors, LP et al v. Verschleiser, et al**
    **Docket No. 1:14-cv-05903 (BAF)**

Dear Judge Koeltl:

This firm represents the Defendants in connection with the above referenced matter.

On June 13, 2022, all parties were prepared to proceed with jury selection and the trial before Hon. Bernard A. Friedman. Unfortunately, the Court contacted the parties, via email, on the eve of trial stating that the trial would not be proceeding the next day.

At a conference held on August 5, 2022, Your Honor indicated that the trial in this matter would commence on October 24, 2022. However, due to a previously scheduled trip for the Jewish Holidays, my co-counsel, Asher Gulko, Esq will be out of the country from September 28, 2022 until midnight on October 23, 2022. A copy of his itinerary is enclosed.

My Gulko is essential in preparing for trial. He has been involved in this case for years while this firm was only recently retained in June, 2022. Without his participation in preparing for trial, the defendants would be extremely prejudiced.

It is respectfully requested that the trial be adjourned to a date in November or such other date as is acceptable to the Court, in order to allow Mr. Gulko to participate in preparing and participating in the trial.

Thank you for your courtesy and cooperation in this matter.

Respectfully submitted,

ZISHOLTZ & ZISHOLTZ, LLP

By: _____
    Stuart S. Zisholtz

SSZ:md
Encl.
cc: Counsels for Parties appeared (*via ECF*)

ASHER GULKO
BETTY GULKO
ADINA GULKO

*Itinerary*

## Flight 1

Please verify flight times prior to departure

Duration: 86h 10m

**DELTA AIR LINES DL048**

| JFK NEW YORK ➔ | AMS AMSTERDAM | |
|---|---|---|
| Departing At: 7:45 pm (Wed, Sep 28) TERMINAL 4 | Arriving At: 9:15 am (Thu, Sep 29) TERMINAL | Aircraft: AIRBUS A330-900NEO  Duration: 7h 30m  ECONOMY CLASS |

|  | Reservation Code | Seat | Meal | Baggage Allowance |
|---|---|---|---|---|
| **ASHER GULKO** | GRFN67 | 43C | KOSHER | 1  50 LBS |
| **BETTY GULKO** | GRFN67 | 43D | KOSHER | 1  50 LBS |
| **ADINA GULKO** | GRFN67 | 43G | KOSHER | 1  50 LBS |

**Layover 74h 10m**

**EL AL LY338**

| AMS AMSTERDAM ➔ | TLV TEL AVIV-YAFO | |
|---|---|---|
| Departing At: 11:25 am (Sun, Oct 02) TERMINAL | Arriving At: 4:55 pm (Sun, Oct 02) TERMINAL 3 | Aircraft: BOEING 737-900 PASSENGER  Duration: 4h 30m  ECONOMY CLASS |

|  | Reservation Code | Meal |
|---|---|---|
| **ASHER GULKO** | SUI3EJ | KOSHER |
| **BETTY GULKO** | SUI3EJ | KOSHER |
| **ADINA GULKO** | SUI3EJ | KOSHER |

## Flight 2

Please verify flight times prior to departure

Duration: 11h 40m

**EL AL LY11**

| TLV TEL AVIV-YAFO ➔ | JFK NEW YORK | |
|---|---|---|
| Departing At: 7:15 pm (Sun, Oct 23) TERMINAL 3 | Arriving At: 11:55 pm (Sun, Oct 23) TERMINAL 4 | Aircraft: BOEING 787-9  Duration: 11h 40m  ECONOMY CLASS |

|  | Reservation Code | Seat | Meal | Baggage Allowance |
|---|---|---|---|---|
| **ASHER GULKO** | SVEN2Y | 38H | KOSHER | 1  50 LBS |

| BETTY GULKO | SVEN2Y | 38J | KOSHER | 1 | 50 LBS |
| ADINA GULKO | SVEN2Y | 38K | KOSHER | 1 | 50 LBS |

Generated using *Elite Itinerary*

```
Application denied.  The Court already denied another request
to adjourn the trial date because of a previously scheduled
trip.  This request is also untimely, coming twenty-five days
after the Court set the firm trial date.   So ordered.

Aug. 30, 2022    /s/ John G. Koeltl
New York, NY     John G. Koeltl, U.S.D.J.
```