UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,

    - against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-5903 (JGK)

---

JACOB FRYDMAN, ET AL.,

        Plaintiffs,

    - against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-8084 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The final pretrial conference scheduled for **October 6, 2022 at 10 a.m.** will be held by telephone.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:    New York, New York
           October 4, 2022

                                  _____
                                  John G. Koeltl
                                  United States District Judge