```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

UNITED REALTY ADVISORS, LP, ET AL.,         14-cv-5903 (JGK)

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

------------------------------------------------------------

JACOB FRYDMAN, ET AL.,

        Plaintiffs,                  14-cv-8084 (JGK)

- against -                                 ORDER

ELI VERSCHLEISER, ET AL.,

        Defendants.

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The parties are directed to review the attached Exhibit A, which is a list of potential names that the jury may hear in the course of trial based on the parties' submissions. The parties are directed to strike the names of any individuals or entities on the attached list that the parties do not reasonably expect to be mentioned at trial.

SO ORDERED.

Dated:    New York, New York
           October 5, 2022

                                                _____
                                                  John G. Koeltl
                                          United States District Judge

**EXHIBIT A**

- Jacob Frydman
- Eli Verschleiser
- Raul Delforno
- Ophir Pinhasi
- Alex Onica
- Albert Akerman
- Craig Gould
- Laura Christopher
- Ryan Cartmell
- Ryan Barrett
- Ninad Bhamburdekar
- Valerie Warner Danin
- Daniel Edelman
- Barry Werbin
- Amy Weins
- Michael Edwards
- Philip Alex Veen
- Anton Prysiazhniuk
- Sophia Svysch
- Marta Vasylyna
- Alexander Merchansky
- David Newman
- Daniel Aronzon
- Dmitry Golden
- Ellis Mirsky
- Shani Zoldan-Verschleiser
- Nicolae Constantinescu
- Ahuva Slamovits
- Jack Koschitzki
- Perry Lee
- Joe Caruso
- Frank Shea
- Barry Funt
- Monica Frydman

- Dr. Ed Paul
- Dr. Perry Klepner
- Eric Lebson
- Morty Davis
- Benjamin Fishoff
- Elan Jaffa
- Steven Vegh
- Pinny Rand
- David Wright
- Christopher Greene
- Joseph Levine
- Howard Davis
- Brian Buehler
- Michael Cavelieri
- Chad Watley
- Catherine Nelson
- Tony Grego
- Roger C. Wadsworth
- Dana Woodbury
- Anthony Chereso
- Kevin T. Gannon
- Daniel Oschin
- William NcCance
- Maxim Netrabov
- David Levinson
- Greg McClosky
- Bernard Lherrison
- Jason Vanclef
- Todd Rustman
- Rosemarie Leong
- Jason Kavanaugh
- Rusty Tweed
- Aimee Toth
- Jamie Ralliford
- Neil Greene
- Don Waage

- Dan Hulea
- Matt Reynolds
- Alexander Franchese
- Suneet Singal
- David Lichtenstein
- Eric Fischgrund
- Adrian Alexandru
- Cy Vance
- Lanny Davis
- Martin Bell
- Rhinebeck Bank
- Signature Bank
- Scott Panzer
- Michael Stoler
- Abraham Fruchthandler
- Paul Mak
- Albert Davis
- Hershey Friedman
- Abe Leser
- Michael John Kudlik
- Dov Shimanowitz
- Tony Neves
- Jennifer Mazza
- Shain Andrews
- Joseph F. Spiezio III
- Jeff Pollack
- Kevin Moore
- Stephen Tober
- Pincus Rand
- Mark Appel
- Frank Chandler
- James Hintz
- Jesse Stein
- Joseph LoParrino
- Goldman Sachs
- Citibank

- Robert S. Levine
- Steven Kahn
- Brian Warren
- Andrew Sutton
- Alan Stahler
- Richard Degazio
- Sam Akabas
- Warren Diamond
- Jonathan S. Sack
- Robert A. Freilich
- Leon Koronis
- Billy Koronis
- Mitchel Stern
- Abe George
- Alex Zinger
- Stanley Hillerson
- APF Fire Protection Inc.
- Anthony J. Audi, Jr.
- Scott Diamond
- Jack Rosen
- Alex Libin
- Edward Dowd
- Ken Sustin
- Roy Wells
- Stephen J. Fein
- Carmen Monks
- Peter M. Cowan
- Peter Pritchard
- Jacob Orfali
- Marvin Azrak
- Morris Kassin
- Richard Wiener
- Leon Silvera
- Edward Silvera
- Albert Silvera
- Michael Stiegelbauer

- Barry Cash
- Abularrage John
- Steven J. Shore, Esq.
- Donald R. Lundberg, Esq.
- Harry W. Lipman, Esq.
- Jesse Hertzberg
- United Realty Advisors, LP
- United Realty Trust, Incorporated
- Prime United Holdings, LLC
- Cabot Lodge Securities, LLC
- CL Wealth Management, LLC
- Multi Group of Companies, LLC
- United Realty Advisor Holdings, LLC
- Opera Solutions
- Royal Alliance Associates