UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED REALTY ADVISORS, LP, ET AL., | 14-cv-5903 (JGK) |
| Plaintiffs, | |
| - against - | |
| ELI VERSCHLEISER, ET AL., | |
| Defendants. | |

---

| | |
|---|---|
| JACOB FRYDMAN, ET AL., | 14-cv-8084 (JGK) |
| Plaintiffs, | |
| | ORDER |
| - against - | |
| ELI VERSCHLEISER, ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The parties are directed to file on the docket their joint witness list containing the stricken names that need not be read aloud during voir dire.

SO ORDERED.

Dated:   New York, New York
         October 5, 2022

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge