UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,   14-cv-5903 (JGK)

       Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

       Defendants.

---

JACOB FRYDMAN, ET AL.,   14-cv-8084 (JGK)

       Plaintiffs,   ORDER

- against -

ELI VERSCHLEISER, ET AL.,

       Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the pretrial conference on October 6, 2022, the plaintiffs' response to the defendants' motion in limine filed on October 7, 2022 (ECF No. 567) is due on October 12, 2022. The defendants' reply is due on October 13, 2022.

    The defendants are directed to provide the Court with courtesy copies of all papers filed in connection with the motion in limine once the motion is fully briefed.

SO ORDERED.

Dated:    New York, New York
           October 10, 2022

                                       /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge