UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-5903 (JGK)

---

JACOB FRYDMAN, ET AL.,

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-8084 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the pretrial conference on October 6, 2022, the parties should submit hard copies of all exhibits that they may introduce at trial by tomorrow, **October 20, 2022.**

The parties are further directed to submit electronic copies of all exhibits that they may introduce at trial, either on USB drives or via email to chambers in a zip. file format, by tomorrow, **October 20, 2022.**

SO ORDERED.

Dated:    New York, New York
           October 19, 2022

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                        United States District Judge