UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-5903 (JGK)

---

JACOB FRYDMAN, ET AL.,

        Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-8084 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Counsel for the plaintiffs should be prepared to explain the plaintiffs' position with respect to the defendants' request for an adjournment of trial (ECF No. 579). Irrespective of the Court's ruling on the request for an adjournment, because there are legal issues to be considered, all remaining parties and counsel for the parties should be present in court as planned at **9:00 a.m.** tomorrow, **October 24, 2022.**

SO ORDERED.

Dated:    New York, New York
            October 23, 2022

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge