UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

                Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

                Defendants.

14-cv-5903 (JGK)
14-cv-8084 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    The plaintiffs are reminded that they must file a list of witnesses, exhibits to be introduced through those witnesses, objections, and responses thereto at least two days before each witness testifies, in accordance with this Court's August 5, 2022 Order. See ECF No. 550. Thus, to the extent the witnesses to be called on October 26, 2022, differ from those previously disclosed to the Court in the plaintiffs' October 20, 2022 submission (ECF No. 578), the plaintiffs' list containing the names of those witnesses, the corresponding exhibits, and any objections and responses thereto must be filed today, **October 24, 2022.**

SO ORDERED.

Dated:    New York, New York
            October 24, 2022

                                                  _____
                                                    John G. Koeltl
                                           **United States District Judge**