```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED REALTY ADVISORS, LP, ET AL., | 14-cv-5903 (JGK) |
| Plaintiffs, | |
| - against - | |
| ELI VERSCHLEISER, ET AL., | |
| Defendants. | |
| JACOB FRYDMAN, ET AL., | 14-cv-8084 (JGK) |
| Plaintiffs, | |
| - against - | CORRECTED ORDER |
| ELI VERSCHLEISER, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The plaintiffs should file a proposed judgment in this action by **November 14, 2022**. The defendants may respond by **November 17, 2022**.

SO ORDERED.

Dated:   New York, New York
         November 8, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge