```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**UNITED REALTY ADVISORS, LP, ET AL.,**

                **Plaintiffs,**

- against -

**ELI VERSCHLEISER, ET AL.,**

                **Defendants.**

**14-cv-5903 (JGK)**
**14-cv-8084 (JGK)**

<u>ORDER</u>

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The plaintiffs may respond to the defendant's postjudgment motion (ECF No. 618) on or before **January 20, 2023.** The reply is due on **February 2, 2023.**

**SO ORDERED.**

**Dated:**  **New York, New York**
        **December 28, 2022**

                                          /s/ John G. Koeltl
                                           **John G. Koeltl**
                                **United States District Judge**