UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,

  - against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-5903(JGK)

---

JACOB FRYDMAN, ET AL.,

        Plaintiffs,

  - against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

14-cv-8084 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed motion for attorneys' fees (ECF No. 614).

SO ORDERED.

Dated:   New York, New York
        January 28, 2023

                              /s/ John G. Koeltl
                              John G. Koeltl
                        United States District Judge