UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

               Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

               Defendants.

14-cv-5903 (JGK)
14-cv-8084 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The defendant's reply in support of the postjudgment motion (ECF No. 618) was due on February 2, 2023, which has passed. <u>See</u> ECF No. 621.

    The time for the defendant to file a reply is extended to **February 10, 2023.** If no reply is filed by that date, the Court will decide the motion on the current papers.

**SO ORDERED.**

Dated:    New York, New York
            February 6, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge