UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

                Plaintiffs,

- against -

ELI VERSCHLEISER, ET AL.,

                Defendants.

14-cv-5903 (JGK)
14-cv-8084 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The Court is in receipt of the defendant's reply in support of his postjudgment motion (ECF No. 507 in Case No. 14-cv-8084). The defendant is directed to provide the Court with courtesy copies of all papers filed in connection with the fully briefed postjudgment motion (ECF No. 618 in Case No. 14-cv-5903).

**SO ORDERED.**

Dated:    New York, New York
            February 13, 2023

                                            _____
                                              John G. Koeltl
                                         United States District Judge