UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

        Plaintiffs,      14-cv-5903 (JGK)

- against -

ELI VERSCHLEISER, ET AL.,

        Defendants.

---

JACOB FRYDMAN, ET AL.,

        Plaintiffs,      14-cv-8084 (JGK)

- against -              ORDER

ELI VERSCHLEISER, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to respond to Defendant Ophir Pinhasi's motion for attorney's fees and costs, ECF No. 635 in No. 14-cv-5903, by **April 26, 2024**. Defendant Ophir Pinhasi may reply by **May 10, 2024**.

SO ORDERED.

Dated:    New York, New York
          April 12, 2024

                                                    John G. Koeltl
                                      United States District Judge