UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

                Plaintiffs,         14-cv-5903 (JGK)

- against -

ELI VERSCHLEISER, ET AL.,

                Defendants.

---

JACOB FRYDMAN, ET AL.,

                Plaintiffs,         14-cv-8084 (JGK)

- against -                       ORDER

ELI VERSCHLEISER, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to respond to the application by counsel to withdraw from representation, ECF No. 639, by **May 10, 2024**. Counsel for the plaintiffs should serve a copy of their request and this Order on the plaintiffs and file proof of service by **May 2, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 29, 2024

                                                  _____
                                                    John G. Koeltl
                                         United States District Judge