UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED REALTY ADVISORS, LP, ET AL.,

          Plaintiffs,      14-cv-5903 (JGK)

- against -

ELI VERSCHLEISER, ET AL.,

          Defendants.

---

JACOB FRYDMAN, ET AL.,

          Plaintiffs,      14-cv-8084 (JGK)

- against -                ORDER

ELI VERSCHLEISER, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiffs to respond to the motion to withdraw, ECF No. 639, is extended to **May 20, 2024**.

    The plaintiffs are reminded that if there is no opposition, the application may be granted without opposition. In that event, the plaintiffs will be required to notify the Court of the new counsel or that any individual is proceeding pro se.

SO ORDERED.

Dated:    New York, New York
           May 13, 2024

                                      John G. Koeltl
                                  United States District Judge